UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:17-cv-00689 JVS(SK) | Date | May 25, 2017 |
|---|---|---|---|
| Title | Craig Anderson v. Nancy Berryhill | | |

| Present: The Honorable | Steve Kim, U.S. Magistrate Judge |
|---|---|

| Marc Krause | n/a |
|---|---|
| Deputy Clerk | Court Smart / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS) ORDER TO SHOW CAUSE RE: PROOF OF SERVICE

On April 17, 2017, the Clerk of Court issued a Summons and advised Plaintiff that the Summons and Complaint must be promptly served upon Defendant in accordance with Rule 4(i) of the Federal Rules of Civil Procedure. Further, Plaintiff was to file an appropriate proof of service within 30 days of the date of the Order re: Procedures in Social Security Appeal (Joint Submission Format). (ECF No. 6).

As of the date of this order, Plaintiff has not filed any proof of service, request for extension of the deadline for service, or any other document that indicates his intent to prosecute this action.  Therefore, Plaintiff is ORDERED TO SHOW CAUSE on or before **June 26, 2017**, why this action should not be dismissed for failure to prosecute and failure to effectuate service of process.  Plaintiff may discharge this order by filing executed proofs of service or requesting an extension of the deadline for good cause.

**Plaintiff is advised that failure to file a timely response to this order will result in a recommendation that this action be dismissed for failure to prosecute and obey court orders.**  *See* Fed. R. Civ. P. 41(b); Local Civil Rule 41-1.  If Plaintiff no longer wishes to pursue this action, Plaintiff may voluntarily dismiss the action pursuant to Federal Rule of Civil Procedure 41(a) by filing a "Notice of Dismissal." The Clerk is directed to attach a Notice of Dismissal Form (CV-009) to this Order.